**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| In re: | CHAPTER 12 |
| ENVIRO ENTERPRISES, LLC, | CASE NO. 18-21839 (JJT) |
| Debtor. | |
| | JUNE 17, 2019 |

**MEMORANDUM OF SUPPORT OF**
**MOTION TO DISMISS**

Now comes Zions First National Bank an/or Zions Agricultural Finance and/or ZB, N.A. as servicer of U.S. Bank, National Association as Custodian/Trustee for Federal Agricultural Mortgage Corp. Programs ("Zions"), and pursuant to Fed. R. Bankr. P. 3015(f) hereby respectfully submits its memorandum in support of the Motion to Dismiss filed by the United States Trustee.

In support hereof, Zions respectfully represents as follows:

1. It is a creditor and/or a party-in-interest.

2. On or about November 6, 2018 (the "Petition Date"), the Debtor, Enviro Enterprises, LLC, filed a petition for relief pursuant to Chapter 12 of 11 United States Code (the "Bankruptcy Code").

3. Prior to the Petition Date, the Debtor became indebted to U.S. Bank, National Association as Custodian/Trustee for Federal Agricultural Mortgage Corporation Programs ("U.S. Bank") as evidenced by two different loans, both secured by the Debtor's commercial property and irrigation equipment.

4. Zions is the duly authorized agent and attorney-in-fact for U.S. Bank in connection with the Debtor's loans.

5. The Debtor previously filed a Chapter 12 petition on September 27, 2016, which case was ultimately dismissed after the Debtor was unable to present a confirmable plan of reorganization.

6. Subsequent to the conclusion of the Debtor's first bankruptcy, Zions commenced an action to foreclose its collateral, and obtained a judgment of foreclosure by sale on September 4, 2018, with a sale date set for December 8, 2018.

7. The present bankruptcy was primarily filed, upon information and belief, to halt the foreclosure sale.

8. Since the commencement of this case, the Debtor has made no payments to Zions outside of its proposed plan, and thus Debtor's arrearage continues to grow on a monthly basis. The combined arrearage (for both Zions loans) as of February, 2019, was $134,216.52.

9. In its response to the Motion to Dismiss, Debtor appears to represent that it now desires to sell its subject property/collateral. Zions has no objection to this matter being converted to a matter under Chapter 7 if that will facilitate a timely, quick sale of the subject property, but objects to further attempts by Debtor to try to formulate a reorganization plan that has, over several years, been unobtainable.

10. Accordingly, Zions joins in the U.S. Trustee's Motion to Dismiss, or, in the alternative, asks this Court to convert this case to a matter under Chapter 7 of the Bankruptcy Code.

Dated at Hartford, Connecticut, this 17th day of June, 2019.

By: /s/ David A. Hill, Jr.
David A. Hill, Jr.
Fed. Bar No. ct11772
of Ford & Paulekas, LLP
280 Trumbull Street
Hartford, CT  06103
(860) 527-0400
dhill@fpllp.com
COUNSEL FOR ZIONS FIRST NATIONAL BANK and/or ZIONS AGRICULTURAL FINANCE and/or ZB, N.A. as servicer of U.S. BANK, NATIONAL ASSOCIATION AS CUSTODIAN/TRUSTEE FOR FEDERAL AGRICULTURAL MORTGAGE CORP. PROGRAMS

macintoshhd:users:home2:desktop:working items:zions/enviro:mem support 01.doc

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| In re: | CHAPTER 12 |
| ENVIRO ENTERPRISES, LLC, | CASE NO. 18-21839 (JJT) |
| Debtor. | |
| | JUNE 17, 2019 |

**CERTIFICATION OF SERVICE**

    The undersigned hereby certifies that the foregoing Memorandum of Support of Motion to Dismiss was served on this 17th day of June, 2019, either by operation of the Court's electronic filing system or by United States mail, first class, postage prepaid, to those parties listed on Schedule A attached hereto and incorporated herein.

                                                    By: /s/ David A. Hill, Jr.
                                                        David A. Hill, Jr.

SCHEDULE A

<u>Via U.S. Mail</u>:

Enviro Enterprises, LLC
P.O. Box 8306
Manchester, CT 06040
DEBTOR

Jonathan G. Cohen, Esq.
2 Congress Street
Hartford, CT 06114
COUNSEL FOR DEBTOR

Kara S. Rescia, Esq.
Rescia & Shear, LLP
5104A Bigelow Commons
Enfield, CT 06082
TRUSTEE

Kim L. McCabe, Esq.
Office of the U.S. Trustee
Giamo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
OFFICE OF THE U.S. TRUSTEE